UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MID-CONTINENT CASUALTY, CO., a foreign
corporation,

    Plaintiff,

-vs-                                            Case No. 2:10-cv-328-FtM-29SPC

AUBUCHON HOMES, INC., a Florida
corporation, JEFF KOTTKAMP, citizen of Florida,
CYNDIE KOTTKAMP, citizen of Florida,

    Defendants.
_____

## ORDER

This matter comes before the Court on Defendant's Unopposed Motion to Extend Time for Defendant to Serve Response to Plaintiff's Complaint (Doc. #7) filed on June 29, 2010. Defendant requests an extension of time until July 16, 2010 to file a responsive pleading to Plaintiff's Complaint. Plaintiff has no objection. Thus, for good cause shown the motion is due to be granted.

Accordingly, it is now **ORDERED:**

Defendant's Unopposed Motion to Extend Time for Defendant to Serve Response to Plaintiff's Complaint (Doc. #7) is **GRANTED**. Defendant shall have up to and including July 16, 2010 to file a responsive pleading to Plaintiff's Complaint.

**DONE AND ORDERED** at Fort Myers, Florida, this ___30th___ day of June, 2010.

                                                      */s/ Sheri Polster Chappell*
                                                      SHERI POLSTER CHAPPELL
                                                      UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record