UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MID-CONTINENT CASUALTY, CO., a foreign
corporation,

                Plaintiff,

-vs-                                    Case No.  2:10-cv-328-FtM-29SPC

AUBUCHON HOMES, INC., a Florida
corporation, JEFF KOTTKAMP, citizen of Florida,
CYNDIE KOTTKAMP, citizen of Florida,

                Defendants.
_____

## ORDER

This matter comes before the Court on the Joint Motion for Relief from Requirement to Confer in Person to Prepare Case Management Report (Doc. #18) filed on July 27, 2010.  Counsel moves the Court for permission to conduct the case management conference via telephone.  As grounds, Counsel for parties are located in different cities and have agreed to meet telephonically.  As the use of telephonic hearings and conference is encouraged, the Court will grant the motion.  See Local Rule 3.01(I). Accordingly, it is now

    **ORDERED:**

The Joint Motion for Relief from Requirement to Confer in Person to Prepare Case Management Report (Doc. #18) is **GRANTED**.

    **DONE AND ORDERED** at Fort Myers, Florida, this __6th__ day of August, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record