UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

MID-CONTINENT CASUALTY, CO.,

        Plaintiff,

-vs-                                                       Case No.  2:10-cv-188-FtM-36SPC

OYSTER BAY HOMES, INC., a Florida corporation; PEDRO DELGADO, citizen of Florida; MARGARITA DELGADO, citizen of Florida,

        Defendants.
_____

MID-CONTINENT CASUALTY CO. a foreign corporation,

        Plaintiff,

-vs-                                                       Case No.  2:10-cv-191-FtM-29DNF

PAUL HOMES, INC., a Florida Corporation, RICHARD W. FULKS and BONNIE J. FULKS, citizens of Florida, MICHAEL NUKHO, EDWARD NUKHO and GEORGE NUKHO, citizens of New York, and SCOTT BARRY and JUDY BARRY, citizens of New Jersey,

        Defendants.
_____

MID-CONTINENT CASUALTY COMPANY, a foreign corporation,

        Plaintiff,

| | |
|---|---|
| -vs- | Case No.  2:10-cv-309-FtM-36SPC |

**HANSEN HOMES OF SOUTH FLORIDA,** a Florida Corporation, **JOHN NOWICKI,** citizens of Florida, **DAVID BORGARDT,** citizens of Florida, **KATHERINE BORGARDT,** citizens of Florida, **TODD RISMILLER,** citizens of Florida, **LISA RISMILLER,** citizens of Florida, **NATHAN EFRIES,** citizens of Florida, **PATRICIA EFRIES,** citizens of Florida, **ROBERT VANCIO,** citizens of Florida, **KAREN VANCIO,** citizens of Florida, **GLADYS VALLE,** a citizen of Florida, **GEORGIA BAILEY,** a citizen of Florida, **BRADLEY COHAN,** citizen of Florida, **MICHAEL CANCIGLIA,** citizens of Florida, **RUNDA CANCIGLIA,** citizens of Florida, **GARY STOPA,** citizens of Florida, **SHARON STOPA,** citizens of Florida, **GIOVANNI LATONA,** citizens of Florida, **CHRISTINE LATONA,** citizens of Florida, **JACK FASANO,** citizens of Florida,

                        **Defendants.**

_____

**MID-CONTINENT CASUALTY, CO.,** a foreign corporation,

                        **Plaintiff,**

| | |
|---|---|
| -vs- | Case No.  2:10-cv-328-FtM-29SPC |

**AUBUCHON HOMES, INC.,** a Florida corporation, **JEFF KOTTKAMP,** citizen of Florida, **CYNDIE KOTTKAMP,** citizen of Florida,

                        **Defendants.**

_____

MID-CONTINENT CASUALTY CO., a foreign corporation,

        **Plaintiff,**

-vs-                                                    Case No. 2:10-cv-330-FtM-29SPC

**HARBOR SPRINGS CONSTRUCTION AND DEVELOPMENT, LLC,** a Florida limited liability company, **PETER PLOTKIN,** a citizen of California, **DIANE McNEEL,** a citizen of California,

        **Defendants.**
_____/


MID-CONTINENT CASUALTY COMPANY, a Foreign Corporation,

        **Plaintiff,**

-vs-                                                    Case No. 2:10-cv-395-FtM-29DNF

**ROBERT VAN HOUSE,** a citizen of Florida, **JEAN VAN HOUSE,** citizen of Florida, **VILA DEVELOPMENT, INC.,** a Florida Corporation doing business as Villa Homes of SW Florida, Ed Jackson, citizen of New Jersey, Diane Jackson, a citizen of New Jersey

        **Defendants.**
_____

MID-CONTINENT CASUALTY COMPANY, a Foreign Corporation,

        **Plaintiff,**

-vs-                                                    Case No. 2:10-cv-396-FtM-36DNF

**PORTOFINO HOMES,** a Dissolved Florida corporation, **KYLE HIMMELBERGER,** a Citizen of Florida, **MARNIE**

**HIMMELBERGER, a Citizen of Florida,
ARTURO LOYNAZ, a Citizen of Florida,
LUIS MITJANS, a Citizen of Florida,
RIGBERTO RIVAS, a Citizen of Florida,**

    **Defendants.**

_____

**MID-CONTINENT CASUALTY COMPANY, a foreign corporation,**

    **Plaintiff,**

-vs-              Case No.  2:10-cv-407-FtM-29DNF

**EASTMOND ENTERPRISES, INC., a
Florida Corporation, ANN ROSKO, a
citizen of Florida,**

    **Defendants.**

_____

**MID-CONTINENT CASUALTY CO., a foreign corporation,**

    **Plaintiff,**

-vs-              Case No.  2:10-cv-523-FtM-29DNF

**BAYWOOD CONSTRUCTION, INC. a
Florida corporation, JERALD ADCOCK, a
citizen of  Florida, MELISSA ADCOCK, a
citzen of Florida, DARLENE
CANNISTRACI, a citizen of  Florida, LEE
FERGUSON, a citzen of Florida, MELINDA
FERGUSON, a citizen of Florida,
HARBHAJAN HAYRE, a citzen of
Massachusettts, JOHN LESTER, a citzen of
Florida, JAYCINE LESTER, a citizen of
Florida, LARRY SCHILLER, a citizen of
Tennessee, EDWARD MANCINI, a citizen
of New Jersey, GRACE SOLVIK, a citzen of
New Jersey, HELEN REINO, a citizen of
New Jersey, MARIE OCTOBRE, a citzen of**

**New York, LUNDON MERTZ, a citzen of North Dakota, WILSON FAJARDO, a citzen of Florida, ESTHER GONZALEZ, a citizen of Florida, MICHAEL ANDERSON, a citizen of Florida, KARLA CAMPOS, a citizen of Florida, ASHOK MALHOE, a citizen of Florida, ANGEL SANTIAGO, a citizen of Florida, YVETTE SANTIAGO, a citizen of Florida,**

       **Defendants.**

_____

**MID-CONTINENT CASUALTY COMPANY a foreign corporation,**

       **Plaintiff,**

-vs-                 Case No.  2:10-cv-536-FtM-36DNF

**HEIGHTS PROPERTIES, LLC, a Florida Limited Liabillity Company, ANTHONY SPOTO, citizen of Florida, SHARON SPOTO, citizen of Florida, MICHAEL SHEEHAN, a citizen of Florida,**

       **Defendants.**

_____

**MID-CONTINENT CASUALTY COMPANY, a foreign corporation,**

       **Plaintiff,**

-vs-                 Case No.  2:10-cv-538-FtM-36DNF

**GRAND HARBOUR HOMES, INC., a Florida Corporation, DENNIS LANG, Citizen of Florida, KAREN LANG, citizen of Florida,**

       **Defendants.**

_____

MID-CONTINENT CASUALTY COMPANY, a foreign corporation,

        Plaintiff,

-vs-                              Case No.  2:10-cv-561-FtM-29DNF

**GOLD COAST HOMES OF S.W. FLORIDA, INC.** an administratively dissolved Florida corporation, **SHAWN ANDERSON**, citizen of Florida, **VICTORIA ANDERSON**, citizen of Florida,

        **Defendants.**

_____

**MID-CONTINENT CASUALTY COMPANY**,  a foreign corporation,

        **Plaintiff,**

-vs-                              Case No.  2:10-cv-579-FtM-29DNF

**GROFF CONSTRUCTION, INC.**, a Florida Corporation, **NELSON MEDINA**, a citizen of Florida, **JOHNNY ELMURR**, a citizen of Florida,

        **Defendants.**

_____

**MID-CONTINENT CASUALTY COMPANY**, a foreign corporation,

        **Plaintiff,**

-vs-                              Case No.  2:10-cv-591-FtM-36SPC

**AMERICAN GALLERY DEVELOPMENT GROUP, LLC**, a voided foreign limited liability company doing business as **AMERICAN GALLERY HOMES**, **KATHLEEN C. MULLEN**, citizen of New Jersey, **THOMAS A. MULLEN**, citizen of New Jersey, **JAVIER RODRIGUEZ**, citizen

**of Florida, CATALINA SEPULVEDA,**
**citizen of Florida,**

                             **Defendants.**
_____

## ORDER

The District Court has referred these cases to the undersigned to conduct a status hearing and enter any appropriate orders. The Court will require the Plaintiff, Mid-Continent Casualty Co. ("Mid-Continent" to confer with counsel for the Defendants in all of the above cases and determine what issues the parties need the Court to address regarding all of these cases. After conferring with Defendants' counsel, the Court will require Mid-Continent to inform the Court with specificity the relief it is seeking from this Court and provide any objections that defense counsel has regarding the relief it is seeking. Thereafter, the Court will hold a hearing on the outstanding issues.

**IT IS HEREBY ORDERED:**

1) Within fourteen (14) days from the date of this Order, counsel for Mid-Continent shall confer with opposing counsel in all of the above cases as to the relief it is seeking from the Court.

2) Within twenty-one (21) days from the date of this Order, Mid-Continent shall file a Notice with the Court to inform the Court with specificity the relief it is seeking, and provide any objections that defense counsel has regarding this relief.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this __4th__ day of January, 2011.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record